IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KHALED SHABANI,

    Plaintiff,

  v.

ABDUL SARHAN, SUZANNE MARIE,
ABDELHAKIM BOUTELDJA, AND
A TO Z AUTO SPORTS LLC,

    Defendants.

Case No.  20-cv-885-bbc

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor od defendants dismissing this case.

| /s/ | 10/13/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |